WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
EVAN CRITCHLOW (322243)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
Email:  rshields@wilsonturnerkosmo.com
Email:  ecritchlow@wilsonturnerkosmo.com
Email:  warrantyeservice@wilsonturnerkosmo.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKSON HARDAMON and ERICKA A LAMAR,<br><br>              Plaintiffs,<br><br>       v.<br><br>NISSAN NORTH AMERICA, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.    4:26-cv-00022-AMO<br><br>[PROPOSED] ORDER GRANTING  STIPULATION TO REMAND MATTER TO SUPERIOR COURT<br><br>Complaint Filed: December 1, 2025<br><br>District Judge:    Araceli Martinez-Olguin<br><br>Trial Date:  March 2. 2027 |

On June 30, 2026, the Parties to the above referenced action filed a Stipulation to Remand the Removed Action. The Court having reviewed that Stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. Northern District of California Case Number 4:26-cv-00022-AMO titled JACKSON HARDAMON, et al. v. NISSAN NORTH AMERICA, INC., et al. is hereby remanded to Alameda County Superior Court.

**IT IS SO ORDERED**

DATED:    7/1/2026                    BY: _____

HON. ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

-1-    Case No.    4:26-cv-00022-AMO

[PROPOSED] ORDER GRANTING  STIPULATION TO REMAND MATTER TO SUPERIOR COURT